PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF JOSH MAIER, PROVIDED THAT HE IS LOCATED IN THE EASTERN DISTRICT OF CALIFORNIA AT THE TIME THIS SEARCH WARRANT IS EXECUTED. (SEE ATTACHMENT A-3.) | CASE NO. 2:17-SW-0883 DB<br><br>[PROPOSED] SEALING ORDER<br><br>**UNDER SEAL** |

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 10-10-17

Hon. Deborah L. Barnes
United States Magistrate Judge

SEALING ORDER  1