PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
OCT 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING:

THE PERSON OF JOSH MAIER, PROVIDED THAT HE IS LOCATED IN THE EASTERN DISTRICT OF CALIFORNIA AT THE TIME THIS SEARCH WARRANT IS EXECUTED. (SEE ATTACHMENT A-3.)

CASE NO. 2:17-SW-0883-DB

ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 10-13-17

Hon. Deborah L. Barnes
United States Magistrate Judge

ORDER TO UNSEAL SEARCH WARRANT